UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>In the matter of the Extradition of<br>RUEBEN MIGUEL VELASQUEZ,<br>         Defendant. | Case No.  3:25-MJ-5254-TLF<br><br>DETENTION ORDER |

  THE COURT conducted a detention hearing concerning the provisional arrest warrant and Complaint for extradition to Canada. 18 U.S.C. Section 3184, Western District of Washington Magistrate Judges Rules, MJR 1(c).

  The United States presented the Complaint pursuant to its obligations under the Extradition Treaty with Canada. Dkt. 1, Complaint for Extradition; Dkt. 5, Exhibit 1 to Complaint. The Court found sufficient probable cause and issued the provisional arrest warrant, under 18 U.S.C. Sections 3181 et. seq. Dkt. 2, warrant. The Government filed a motion for detention. Dkt. 4, United States' Motion for Detention.

  At the hearing on July 17, 2025, the parties argued the detention motion. The Court held that the Bail Reform Act (18 U.S.C. § 3141 et. seq.) standards for release or detention did not apply. For the reasons stated during the hearing the Court found that if released, Mr. Velasquez would pose a serious risk of flight and a serious risk of dangerousness. There were no extraordinary circumstances that would cause the Court to consider ordering release, and therefore the Court ordered that Mr. Velasquez is detained pending extradition proceedings. Dkt. 9. Another hearing has been set for September 10, 2025, on request of the Government and pursuant to the Extradition Treaty with Canada. Dkt. 9.

*Order of Detention*

- The defendant, Reuben Miguel Velasquez, shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

- The defendant shall be afforded reasonable opportunity for private consultation with counsel.

- The defendant shall on order of a court of the United States or on request of an attorney for the Government, be delivered to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 28th day of July, 2025.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge